**No. 38895.**—Protest 866637–G of J. K. Laudenslager, Inc. (Philadelphia).

Opinion by Evans, J. It was stipulated that the merchandise consists of thyme leaves the same as those the subject of *Seeck* v. *United States* (T. D. 47383). The claim for free entry under paragraph 1669 was therefore sustained.

**No. 38896.**—Protest 886542–G of Spiegel Bros. (New York).

Opinion by Evans, J. The protest was submitted without testimony. As there was nothing in the record to warrant disturbing the collector's action the protest was overruled.

**No. 38897.**—Protests 830446–G, etc., of W. A. Taylor & Co. et al. (San Francisco and New York).

Opinion by Evans, J. There was nothing in the records to warrant disturbing the decisions of the collectors. The protests were therefore dismissed.

**No. 38898.**—Protests 842392–G, etc., of Damascus Trading Co. et al. (New York).

Opinion by Evans, J. On the records presented the protests were overruled.

**No. 38899.**—Protest 913771–G of Robbins, Inc. (Duluth).

Opinion by Evans, J. On the record presented the protest was overruled.

**No. 38900.**—Protests 908888–G, etc., of Cambosco Scientific Co. et al. (Boston).

Opinion by Evans, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 38901.**—Protests 928841–G, etc., of Fisher Scientific Co. et al. (Pittsburgh and St. Louis).

Opinion by Evans, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 38902.**—Protests 942303–G, etc., of Baumgold Bros. et al. (New York).

Opinion by Evans, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 38903.**—Protests 757380–G, etc., of Mekelburg Specialty Co., Inc., et al. (New York).

Opinion by Evans, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.